# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 17, 2022

## NO. 03-21-00428-CV

**Greg Abbott, in his Official Capacity as Governor of Texas; State Of Texas; and Ken Paxton, in his Official Capacity as Attorney General of Texas, Appellants**

**v.**

**La Joya Independent School District, Edinburg Consolidated Independent School District, Hidalgo Independent School District, Brownsville Independent School District, Crowley Independent School District, Edcouch-Elsa Independent School District, Lasara Independent School District, Pharr-San Juan-Alamo Independent School District, DeSoto Independent School District, Lancaster Independent School District, Ben Bolt-Palito Blanco Independent School District, Fort Worth Independent School District, El Paso Independent School District, Shanetra Miles-Fowler, Elias Ponvert, Kim Taylor, Austin Community College District, Houston Independent School District, Dallas Independent School District, Northside Independent School District, Austin Independent School District, Aldine Independent School District, and Spring Independent School District, Appellees**

---

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
AFFIRMED -- OPINION BY JUSTICE KELLY**

---

This is an appeal from the interlocutory orders signed by the trial court on August 27, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the orders. Therefore, the Court affirms the trial court's interlocutory orders. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.